IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 01-60144
Conference Calendar

_____

ROBERT KENNETH COLLIER,

                                              Plaintiff-Appellant,

versus

SOCIAL SECURITY ADMINISTRATION,

                                              Defendant-Appellee.

--------------------
Appeal from the United States District Court
for the Northern District of Mississippi
USDC No. 2:00-CV-143-P-1
--------------------
December 11, 2001

Before HIGGINBOTHAM, BARKSDALE, and STEWART, Circuit Judges.

PER CURIAM:*

    Robert Collier appeals from the district court's order striking his postjudgment pleading entitled "responsive motion." He does not argue that issue on appeal, however, and it is therefore waived.  See Yohey v. Collins, 985 F.2d 222, 225 (5th Cir. 1993).

    This appeal is without arguable merit and is thus frivolous. Howard v. King, 707 F.2d 215, 219- 20 (5th Cir. 1983).  It is therefore DISMISSED.  5th Cir. R. 42.2.

_____

    * Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.